

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*1 Saint Andrew's Plaza*
*New York, NY 10007*

December 14, 2023

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    United States v. Dwayne Barrett and O'Neil Wright, 23 Cr.623

Dear Judge Wang:

        The above-referenced defendants have been arrested on warrants related to the above-captioned Indictment. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Indictment.

        Thank you for your consideration.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

By:    /s/
        T. Josiah Pertz
        Assistant United States Attorney
        (212) 637-2246

SO ORDERED:

HON. ONA T. WANG
United States Magistrate Judge
Southern District of New York

Wheel B: J. Rochon/ठ⊤W. Dec 14, 2023
Wheel A: J. Cronan/ठ⊤W 12/14/23