# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEWAYNE BARRETT and<br>O'NEIL WRIGHT,<br><br>                *Defendants.* | **Order**<br><br>23 Cr. 623 (JLR) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney T. Josiah Pertz;

WHEREAS the Government has sought and obtained multiple orders for the disclosure of taxpayer return information relevant to an investigation, including the following: (1) an order dated October 13, 2022 from the Honorable Analisa Torres authorizing tax return information disclosure by the United States Internal Revenue Service ("IRS"); (2) an order dated November 7, 2022 from the Honorable Valerie E. Caproni authorizing tax return information disclosure by the New York State Department of Taxation and Finance ("DTF"); (3) an order dated March 9, 2023 from the Honorable J. Paul Oetken authorizing tax return information disclosure by the DTF; and (4) an order dated July 14, 2023 from the Honorable Mary Kay Vyskocil authorizing tax return information disclosure by the IRS (collectively, the "Tax Orders"). In response to the Tax Orders, the IRS and DTF have produced documents to the Government (the "Tax Documents");

[Remainder of page intentionally blank.]

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code, the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

SO ORDERED.

Dated:    New York, New York
           December ___, 2023

 

_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE