**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 27, 2024

BY ECF
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The requested temporary modification to Mr. Barrett's bail conditions is GRANTED.*

*Dated: February 28, 2024*
*New York, New York*

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: **United States v. Dewayne Barrett,**
    **23 Cr. 623 (JLR)**

Dear Judge Rochon:

I write to request that the Court temporarily modify Mr. Barrett's bail conditions to permit him to make a short work trip to Chicago on or about March 21–23, 2024, in order to attend a training on air-duct cleaning equipment that he will be using in his business. If the Court approves this request, Mr. Barrett will provide his itinerary and accommodation details to Pretrial Services before his departure.

Neither the government nor Pretrial Services has any objection to this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSAs Josiah Pertz and Benjamin Gianforti
      USPSO Lanique Rhyne