# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Tamara Giwa**
*Executive Director and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 13, 2025

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The within travel request is hereby GRANTED. This resolves the Letter Motion at Dkt. 60*

*Dated: January 14, 2025*   **SO ORDERED.**
*New York, New York*

[signature: Jennifer Rochon]
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   <u>United States v. Dewayne Barrett,</u>
      **23 Cr. 623 (JLR)**

Dear Judge Rochon:

    I write to request that the Court temporarily modify Mr. Barrett's bail conditions to permit him to make a work trip to Orlando, Florida, on or about February 9–13, 2025, in order to attend the AHR Expo, an HVACR industry event. Mr. Barrett was permitted to make a similar work trip to Chicago in March 2024. If the Court approves this request, Mr. Barrett will provide his itinerary and accommodation details to Pretrial Services before his departure.

    Pretrial Services has no objection to this request. The government defers to Pretrial Services.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Sarah Mortazavi
      USPSO Lanique Rhyne