UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>DEWAYNE BARRETT and O'NEIL WRIGHT,<br>Defendants. | Case No. 23-cr-00623 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As stated on the record during the status conference held on February 4, 2025, a jury trial on Count 3 of the Indictment shall commence on **Tuesday, July 15, 2025 at 9:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS HEREBY ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **May 27, 2025:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list. In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **June 10, 2025:** | Defendant shall file responses to the Government's motion(s) and his own motions *in limine*, if any. In addition, to the extent that Defendant intends to put on his own case-in-chief, he shall also file his exhibits lists and witness lists at this time. |
| **June 17, 2025:** | The Government shall file a response to Defendant's motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **July 1, 2025 at 10:30 a.m.** in the aforementioned courtroom to prepare for the July 15, 2024 trial.

With respect to Counts 1 and 2 of the Indictment, a jury trial shall commence on **Monday, September 15, 2025 at 9:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS HEREBY ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **July 31, 2025:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list. In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **August 14, 2025:** | Defendant shall file responses to the Government's motion(s) and his own motions *in limine*, if any. In addition, to the extent that Defendant intends to put on his own case-in-chief, he shall also file his exhibits lists and witness lists at this time. |
| **August 21, 2025:** | The Government shall file a response to Defendant's motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **September 4, 2025 at 10:00 a.m.** in the aforementioned courtroom to prepare for the September 15, 2025 trial.

Dated: February 5, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge