# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 11, 2025

*By ECF*

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Letter Motion GRANTED. The sentencing is adjourned from September 2, 2025 to **October 7, 2025 at 10:00 a.m.**
>
> Dated: July 14, 2025
>      New York, New York
>
> SO ORDERED
>
> JENNIFER L. ROCHON
> United States District Judge

Re:     *United States v. DeWayne Barrett*, 23 Cr. 623 (JLR)

Dear Judge Rochon:

I write on consent (Assistant U.S. Attorney Sarah Mortazavi)) to respectfully request that the Court adjourn sentencing in this matter, currently scheduled for September 2, 2025, for a period of around 30 days. The reason for the requested adjournment is that I have recently taken on Mr. Barrett's case and am still getting up to speed. (Mr. Barrett was previously represented by my colleague Clay Kaminsky, who has left the office.) I am also going to be out of the office for much of August: under the current schedule, Mr. Barrett's sentencing memorandum is due on August 19, 2025.

Accordingly, I respectfully request that the Court adjourn the sentencing date and the submission deadlines for around 30 days.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc. Counsel of record, by ECF