# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 22, 2025

*By ECF*

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Letter Motion GRANTED. Defendant's sentencing submission shall be filed no later than **September 25, 2025**. The Government's sentencing submission shall be filed no later than **October 2, 2025**.
>
> SO ORDERED.
>
> Dated: September 23, 2025
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *United States v. DeWayne Barrett*, 23 Cr. 623 (JLR)

Dear Judge Rochon:

  I write on consent (Assistant U.S. Attorney Sarah Mortazavi) to respectfully respect a two-day extension of the deadline for sentencing submissions. Sentencing in this matter is scheduled for October 7, 2025, and my submission is due on September 23, 2025. I am still working on the submission, however, and will be out of the office on September 23, 2025 and September 24, 2025. Accordingly, I respectfully request a two-day extension of the deadline for my submission – to September 25, 2025; with a corresponding two-day extension of the Government's submission deadline – to October 2, 2025.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc. Counsel of record, by ECF