# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 22, 2026

*By ECF*

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Letter Motion GRANTED. Mr. Barrett's passports shall be returned to the Federal Defenders Office.

Dated: January 22, 2026
New York, New York

SO ORDERED.

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    *United States v. Dewayne Barrett*, 23 Cr. 626 (JLR)

Dear Judge Rochon:

I write to respectfully request that the Court permit the Pretrial Services Office to return Mr. Barrett's passports now that he has surrendered to the designated BOP facility for the service of his sentence.

As a condition of his release in this case, Mr. Barrett surrendered his passports to the Pretrial Services Office. On October 7, 2025, the Court sentenced Mr. Barrett principally to a term of 18 months' imprisonment, and scheduled a surrender date of January 12, 2026. Mr. Barrett surrendered on that date, and is now incarcerated at the Fort Dix facility in New Jersey under Register Number 91326-510. *See* https://www.bop.gov/inmateloc/.

The Pretrial Services Office requires a court order to return a person's passports. Absent such an order, the Office returns the passports to the State Department. Mr. Barrett has now surrendered to the Bureau of Prisons, and thus all bail conditions – including the requirement that he surrender his passports – have terminated. Accordingly, I respectfully request that the Court permit the Pretrial Services Office to return Mr. Barrett's passports to the Federal Defenders.

Respectfully submitted,

/s/

Martin Cohen
Assistant Federal Defender
(646) 588-8317

cc.    All counsel of record, by ECF